**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1
Exhibit B

Case No: 11-44889 -BB
Case Name: WHITE, SHERL A

Trustee Name: BRADLEY J. WALLER
Bank Name: The Bank of New York Mellon
Account Number / CD #: *******9865 Money Market Account (Interest Earn

Taxpayer ID No: *******5256
For Period Ending: 06/27/12

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/26/12 | 4 | SHERYL A. WHITE | | 1129-000 | 4,000.00 | | 4,000.00 |
| 01/26/12 | | Transfer to Acct #*******5478 | Bank Funds Transfer | 9999-000 | | 4,000.00 | 0.00 |

|   |   |   |
|---|---|---|
| COLUMN TOTALS | 4,000.00 | 4,000.00 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 4,000.00 | |
| Subtotal | 4,000.00 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 4,000.00 | 0.00 | |

Page Subtotals   4,000.00   4,000.00

Ver: 16.06b

LFORM24   UST Form 101-7-TFR (5/1/2011) (Page: 4)

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2
Exhibit B

Case No:   11-44889 -BB
Case Name: WHITE, SHERL A

Trustee Name: BRADLEY J. WALLER
Bank Name: Congressional Bank
Account Number / CD #: *******5478 Checking Account

Taxpayer ID No: *******5256
For Period Ending: 06/27/12

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/26/12 | | Transfer from Acct #*******9865 | Bank Funds Transfer | 9999-000 | 4,000.00 | | 4,000.00 |
| 02/27/12 | 4 | Bank of America | | 1129-000 | 1,000.00 | | 5,000.00 |
| | | Sherl A White | | | | | |
| 03/21/12 | 4 | Bank of America | | 1129-000 | 1,000.00 | | 6,000.00 |
| | | West Paces Ferry | | | | | |
| 04/20/12 | 4 | Bank of America | | 1229-000 | 1,000.00 | | 7,000.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 7,000.00 | 0.00 | 7,000.00 |
| Less: Bank Transfers/CD's | 4,000.00 | 0.00 | |
| Subtotal | 3,000.00 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 3,000.00 | 0.00 | |

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Money Market Account (Interest Earn - *******9865 | 4,000.00 | 0.00 | 0.00 |
| Checking Account - *******5478 | 3,000.00 | 0.00 | 7,000.00 |
| | 7,000.00 | 0.00 | 7,000.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    7,000.00    0.00

LFORM24   UST Form 101-7-TFR (5/1/2011) (Page: 5)    Ver: 16.06b