UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

| In re: | § | |
|---|---|---|
| | § | |
| WHITE, SHERL A | § | Case No. 11-44889 |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BRADLEY J. WALLER, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

CLERK OF THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IL/EASTERN DIVISION
219 S. DEARBORN STREET
CHICAGO, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:15 AM on 07/20/2012 in Courtroom ,

Will County Court Annex
57 N. Ottawa
Joliet, IL 60432

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 06/26/2012            By: /s/ Bradley J. Waller
                                           Trustee

*BRADLEY J. WALLER*
*2045 Aberdeen Court*
*SYCAMORE, IL 60178*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: §
§
WHITE, SHERL A   §   Case No. 11-44889
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 7,000.00 |
| and approved disbursements of | $ | 0.00 |
| leaving a balance on hand of[1] | $ | 7,000.00 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BRADLEY J. WALLER | $ 1,450.00 | $ 0.00 | $ 1,450.00 |
| Trustee Expenses: BRADLEY J. WALLER | $ 97.45 | $ 0.00 | $ 97.45 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 1,547.45 |
| Remaining Balance | $ 5,452.55 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 12,933.54 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 42.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | TD Retail Card Services | $ 1,175.57 | $ 0.00 | $ 495.60 |
| 2 | Portfolio Recovery Associates, LLC | $ 11,757.97 | $ 0.00 | $ 4,956.95 |

Total to be paid to timely general unsecured creditors     $     5,452.55

Remaining Balance     $     0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Bradley J. Waller
Trustee

*BRADLEY J. WALLER*
*2045 Aberdeen Court*
*SYCAMORE, IL 60178*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Case 11-44889    Doc 31    Filed 06/27/12    Entered 06/29/12 23:40:24    Desc Imaged
Case 11-44889    Doc 22    Filed 01/24/12    Entered 01/26/12 23:36:11    Desc Imaged
Certificate of Notice    Page 5 of 8
Certificate of Notice    Page 2 of 4

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 11-44889-BWB
  Sherl A White                                                         Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: mjerdine          Page 1 of 3          Date Rcvd: Jan 24, 2012
                              Form ID: ntcftfc7       Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 26, 2012.
```
db              +Sherl A White,    5550 Glenridge Dr.,   #420,   Atlanta, GA 30342-4964
18014378        +Blatt Hasenmiller Liebsker & Moore,    125 S. Wacker Dr., Ste. 400,   Chicago, IL 60606-4440
18014380        +Central Credit Services, Inc.,    Po Box 15118,   Jacksonville, FL 32239-5118
18014381        +Chase Bank,   c/o Creditors Bankruptcy Service,    PO Box 740933,   Dallas, TX 75374-0933
18014383        +Client Services, Inc.,    3451 Harry Truman Blvd.,    Saint Charles, MO 63301-9816
18014389        +Creditors Financial Group, LLC,    Po Box 440290,    Aurora, CO 80044-1500
18014390        +Edward Hospital & Health Services,    PO Box 5995,   Peoria, IL 61601-5995
18014391         Georgetown Commons at WSCA,    Vanguard Community Mgmnt,   PO Box 61955,   Phoenix, AZ 85082-1955
18014395        +I.C. System, Inc.,    444 Highway 96 E.,    Po Box 64887,   Saint Paul, MN 55164-0887
18014396        +Mayo Clinic,    200 First Street S.W.,    Rochester, MN 55905-0002
18014398         Northstar Location Services,    Attn: Fiancial Services Dept.,   4285 Genesee St.,
                  Glenwood, IL 60425-1636
18014401        +Prometheus Theraputics & Diagnostic,    PO Box 7738,   San Francisco, CA 94120-7738
18014402        +Receivables Management Inc.,    Attn: Bankruptcy,    3348 Ridge Rd,   Lansing, IL 60438-3112
18014404        +Rush Copley Medical Center,    PO Box 352,    Aurora, IL 60507-0352
18014405        +Sears - cbsd,    Po Box 6275,   Sioux Falls, SD 57117-6275
18014406        +Shoppers Charge Accounts,    Po Box 731,    Mahwah, NJ 07430-0731
18014407        +TD Retail Services,    c/o Creditors Bnk Services,   PO Box 740933,   Dallas, TX 75374-0933
18014408        +Tritium Card Services,    865 Merrick Ave., 4th Fl.,   Westbury, NY 11590-6695
18014410       ++WACHOVIA DEALER SERVICES INC,    BK DEPARTMENT,   PO BOX 19657,   IRVINE CA 92623-9657
                (address filed with court: WFS Financial/Wachovia Dealer Svcs.,    Po Box 19657,
                  Irvine, CA 92623)
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
18014388        +EDI: RESURGENT.COM Jan 25 2012 01:38:00      CR Evergreen LLC,   MS 550,   PO Box 91121,
                  Seattle, WA 98111-9221
18014379        +E-mail/Text: cms-bk@cms-collect.com Jan 25 2012 02:22:29      Capital Management Services, LP,
                  726 Exchange St.,   Ste. 700,   Buffalo, NY 14210-1464
18014382        +EDI: CIAC.COM Jan 25 2012 01:38:00      CitiMortgage,   Po Box 9438,   Gaithersburg, MD 20898-9438
18014386        +EDI: COLLECTCORP.COM Jan 25 2012 01:33:00      CollectCorp,   455 N 3rd St., Ste. 260,
                  Phoenix, AZ 85004-0630
18014394        +EDI: HFC.COM Jan 25 2012 01:33:00      HSBC Best Buy,   Attn: Bankruptcy,   Po Box 6985,
                  Bridgewater, NJ 08807-0985
18014392        +E-mail/Text: BKNOTICES@EAFLLC.COM Jan 25 2012 02:22:08      Hilco Rec,   5 Revere Dr., Ste. 510,
                  Northbrook, IL 60062-8007
18014393        +EDI: HFC.COM Jan 25 2012 01:33:00      Hsbc - Carsn,   Po Box 15521,   Wilmington, DE 19850-5521
18014395        +EDI: ICSYSTEM.COM Jan 25 2012 01:38:00      I.C. System, Inc.,   444 Highway 96 E.,   Po Box 64887,
                  Saint Paul, MN 55164-0887
18014397        +E-mail/Text: bknotice@ncmllc.com Jan 25 2012 02:18:05      National Capital Management LLC,
                  8245 Tournament Drive,    Suite 230,   Memphis, TN 38125-1741
18014399        +E-mail/Text: CLIENTSERVICES@NORTHWESTCOLLECTORS.COM Jan 25 2012 02:22:18      Northwest Collectors,
                  3601 Algonquin Rd., Ste. 23,    Rolling Meadows, IL 60008-3126
18014400         EDI: PRA.COM Jan 25 2012 01:33:00      Portfolio Recovery Assoc.,   PO Box 41067,
                  Norfolk, VA 23541
18014409        +E-mail/Text: BKRMailOps@weltman.com Jan 25 2012 02:23:41      Weltman, Weinberg & Reis,
                  175 S. 3rd Street, Ste. 900,    Columbus, OH 43215-5177
                                                                                             TOTAL: 12
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
18014385*       +Client Services, Inc.,    3451 Harry Truman Blvd.,    Saint Charles, MO 63301-9816
18014384*       +Client Services, Inc.,    3451 Harry Truman Blvd.,    Saint Charles, MO 63301-9816
18014387*       +CollectCorp,   455 N 3rd St., Ste. 260,    Phoenix, AZ 85004-0630
18014403*       +Receivables Management Inc.,    Attn: Bankruptcy,    3348 Ridge Rd,   Lansing, IL 60438-3112
                                                                                             TOTALS: 0, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                        Case No. 11-44889-BWB
Sherl A White                                                                 Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1         User: pgordon              Page 1 of 3              Date Rcvd: Jun 27, 2012
                             Form ID: pdf006            Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 29, 2012.
```
db          +Sherl A White,    5550 Glenridge Dr., #420,    Atlanta, GA 30342-4964
18014378    +Blatt Hasenmiller Liebsker & Moore,    125 S. Wacker Dr., Ste. 400,    Chicago, IL 60606-4440
18014380    +Central Credit Services, Inc.,    Po Box 15118,    Jacksonville, FL 32239-5118
18014381    +Chase Bank,   c/o Creditors Bankruptcy Service,    PO Box 740933,    Dallas, TX 75374-0933
18014383    +Client Services, Inc.,    3451 Harry Truman Blvd.,    Saint Charles, MO 63301-9816
18014389    +Creditors Financial Group, LLC,    Po Box 440290,    Aurora, CO 80044-1500
18014390    +Edward Hospital & Health Services,    PO Box 5995,    Peoria, IL 61601-5995
18014391     Georgetown Commons at WSCA,    Vanguard Community Mgmnt,    PO Box 61955,    Phoenix, AZ 85082-1955
18014393    +Hsbc - Carsn,    Po Box 15521,    Wilmington, DE 19850-5521
18014396    +Mayo Clinic,    200 First Street S.W.,    Rochester, MN 55905-0002
18014398     Northstar Location Services,    Attn: Fiancial Services Dept.,    4285 Genesee St.,
              Glenwood, IL 60425-1636
18014400   ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
             (address filed with court: Portfolio Recovery Assoc.,     PO Box 41067,    Norfolk, VA 23541)
18014401    +Prometheus Theraputics & Diagnostic,    PO Box 7738,    San Francisco, CA 94120-7738
18014402    +Receivables Management Inc.,    Attn: Bankruptcy,    3348 Ridge Rd,    Lansing, IL 60438-3112
18014404    +Rush Copley Medical Center,    PO Box 352,    Aurora, IL 60507-0352
18014405    +Sears - cbsd,    Po Box 6275,    Sioux Falls, SD 57117-6275
18014406    +Shoppers Charge Accounts,    Po Box 731,    Mahwah, NJ 07430-0731
18568083    +TD Retail Card Services,    c/o Creditors Bankruptcy Service,    P.O. Box 740933,
              Dallas, TX 75374-0933
18014407    +TD Retail Services,    c/o Creditors Bnk Services,    PO Box 740933,    Dallas, TX 75374-0933
18014408    #+Tritium Card Services,    865 Merrick Ave., 4th Fl.,    Westbury, NY 11590-6695
18014410   ++WACHOVIA DEALER SERVICES INC,    BK DEPARTMENT,    PO BOX 19657,    IRVINE CA 92623-9657
             (address filed with court: WFS Financial/Wachovia Dealer Svcs.,     Po Box 19657,
              Irvine, CA 92623)
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
18014388     +E-mail/Text: resurgentbknotifications@resurgent.com Jun 28 2012 00:46:00     CR Evergreen LLC,
               MS 550,   PO Box 91121,    Seattle, WA 98111-9221
18014379     +E-mail/Text: cms-bk@cms-collect.com Jun 28 2012 00:49:50    Capital Management Services, LP,
               726 Exchange St.,    Ste. 700,    Buffalo, NY 14210-1464
18014386     +E-mail/Text: administration@collectcorp.com Jun 28 2012 00:50:02    CollectCorp,
               455 N 3rd St., Ste. 260,    Phoenix, AZ 85004-0630
18014392     +E-mail/Text: BKNOTICES@EAFLLC.COM Jun 28 2012 00:49:41    Hilco Rec,    5 Revere Dr., Ste. 510,
               Northbrook, IL 60062-8007
18014395     +E-mail/Text: Bankruptcy@icsystem.com Jun 28 2012 00:50:56    I.C. System, Inc.,
               444 Highway 96 E.,    Po Box 64887,    Saint Paul, MN 55164-0887
18014397     +E-mail/Text: bknotice@ncmllc.com Jun 28 2012 00:45:36    National Capital Management LLC,
               8245 Tournament Drive,    Suite 230,    Memphis, TN 38125-1741
18014399     +E-mail/Text: CLIENTSERVICES@NORTHWESTCOLLECTORS.COM Jun 28 2012 00:49:44    Northwest Collectors,
               3601 Algonquin Rd., Ste. 23,    Rolling Meadows, IL 60008-3126
18014409     +E-mail/Text: BKRMailOps@weltman.com Jun 28 2012 00:51:05    Weltman, Weinberg & Reis,
               175 S. 3rd Street, Ste. 900,    Columbus, OH 43215-5177
                                                                                              TOTAL: 8

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
18014385*    +Client Services, Inc.,    3451 Harry Truman Blvd.,    Saint Charles, MO 63301-9816
18014384*    +Client Services, Inc.,    3451 Harry Truman Blvd.,    Saint Charles, MO 63301-9816
18014387*    +CollectCorp,    455 N 3rd St., Ste. 260,    Phoenix, AZ 85004-0630
18731506*   ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
             (address filed with court: Portfolio Recovery Associates, LLC,     c/o Bank of America,
              PO Box 41067,    Norfolk VA 23541)
18014403*    +Receivables Management Inc.,    Attn: Bankruptcy,    3348 Ridge Rd,    Lansing, IL 60438-3112
18014382    ##+CitiMortgage,    Po Box 9438,    Gaithersburg, MD 20898-9438
18014394    ##+HSBC Best Buy,    Attn: Bankruptcy,    Po Box 6985,    Bridgewater, NJ 08807-0985
                                                                                           TOTALS: 0, * 5, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1          User: pgordon              Page 2 of 3               Date Rcvd: Jun 27, 2012
                              Form ID: pdf006            Total Noticed: 29
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 29, 2012**          **Signature:**   *Joseph Speetjens*

```
District/off: 0752-1          User: pgordon             Page 3 of 3              Date Rcvd: Jun 27, 2012
                              Form ID: pdf006           Total Noticed: 29
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 26, 2012 at the address(es) listed below:
          Bradley J Waller   bjwtrustee@ksbwl.com, bwaller@ecf.epiqsystems.com
          Cari A Kauffman   on behalf of Creditor   CitiMortgage, Inc. successor by merger to ABN AMRO
          Mortgage Group, Inc. ND-Four@il.cslegal.com
          Konstantine T. Sparagis   on behalf of Debtor Sherl White gsparagi@yahoo.com,
          mark@atbankruptcy.com;gus@atbankruptcy.com;tim@atbankruptcy.com;ameyers@atbankruptcy.com;josietro
          ester@msn.com;gus@bestclientinc.com
          Patrick S Layng   USTPRegion11.ES.ECF@usdoj.gov
                                                                                                        TOTAL: 4